# MOLOD SPITZ & DeSANTIS, P.C.

ATTORNEYS AT LAW
1430 BROADWAY, NEW YORK, NY 10018
PHONE (212) 869-3200    FAX (212) 869-4242

aspitz@molodspitz.com
www.molodspitz.com

October 22, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2024
```

**VIA ECF**
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

    Re: Jerry Cliquot v. Target Corporation
       Docket No.: 24-cv-7870-GHW
       Our File: TARG-625

Dear Honorable Judge Woods:

  Our office represents Defendant Target Corporation in the above-referenced matter.

  We are writing to request an adjournment of the November 25, 2024 Initial Pretrial Conference. This is our first request for an adjournment. The undersigned has a vacation planned for the week of November 25, 2024. Plaintiff's counsel has consented to our request to adjourn the November 25, 2024 Initial Pretrial Conference.

  We propose the following alternative dates: December 3, 2024; December 4, 2024; and/or December 6, 2024.

          Respectfully submitted,

          MOLOD SPITZ & DeSANTIS, P.C.

          By: *Alice Spitz*
             Alice Spitz, Esq.

AS/kb

cc: Matthew Segal, Esq. – Attorney for Plaintiff - msegal@segal-lawfirm.com

---

Application granted. Defendant's request to adjourn the initial pretrial conference scheduled for November 25, 2024 is granted. The initial pretrial conference is adjourned until December 18, 2024 at 4:00 p.m. The deadline for the parties to submit the joint letter and proposed case management plan outlined in the Court's October 21, 2024 order, Dkt. No. 4, is extended to December 11, 2024.

SO ORDERED.

Dated: October 22, 2024
New York, New York

         _____
         GREGORY H. WOODS
         United States District Judge