USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
JERRY CLIQUOT,                                                      :
                                                                    :
                                    Plaintiff,                      :   1:24-cv-7870-GHW
                                                                    :
                  -v-                                               :   ORDER
                                                                    :
TARGET CORPORATION,                                                 :
                                                                    :
                                    Defendant.                      :
                                                                    :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On December 11, 2024, the parties jointly filed a proposed protective order. Dkt. No. 13. The Court declines to enter the proposed protective order because the parties failed to comply with the Court's Individual Rules of Practice in Civil Cases, specifically Individual Rule 4(D), which outlines the requirements for requesting a protective order. The Court expects that any renewed application for a protective order will comply with Individual Rule 4(D).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.

Dated: December 11, 2024
       New York, New York                            _____
                                                     GREGORY H. WOODS
                                                     United States District Judge